GILBERT ALDEN
ATTORNEYS | ADVOCATES

Charlie R. Alden
Matthew J. Gilbert

Alan I. Gilbert
Karin M. Ryan
Katharine A. Olson

September 9, 2026

Magistrate Judge John F. Docherty
United States District Court - District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse,
316 North Robert Street, Suite 100,
Saint Paul, Minnesota 55101

Re: **Coakley et al v. Vireo Growth, Inc., et al., Case No. 0:26-cv-02095**

Your Honor:

I apologize for failing to appear at the pre-trial conference scheduled this morning in the above-referenced matter.

I anticipated participating, but an emergency arose with my elderly mother requiring my immediate attention. She lives on her own and I am the only one who lives nearby. I was so worried about her that I did not even reach out to my colleague to appear in my place.

Again, I apologize for my failure to appear and hope that you will appreciate my need to attend to her.

Sincerely,

Karin Ryan

Karin M. Ryan

cc: Luke Bellflower
Charlie Alden

2801 Cliff Rd. E., Suite 200 | Burnsville, MN 55337
Karin@GilbertAlden.com
(p) 301-661-3231 | (p) 612-300-2937
(f) 612-225-1677