UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SHEA COAKLEY and JOSHUA GRAB,

Plaintiffs,

v.

VIREO GROWTH, INC.; VIREO HEALTH, INC.; and HICOLOR LLC,

Defendants.

Case No. 26-CV-2095 (PJS/JFD)

ORDER

---

This matter is before the Court on defendants' partial motion to dismiss. The Court held a hearing on the motion on September 21, 2026. Based on all of the files, records, and proceedings herein, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. The partial motion to dismiss of defendants [ECF No. 22] is GRANTED IN PART and DENIED IN PART.

   a. The motion is GRANTED as to Counts IV, VIII, and IX and those counts are DISMISSED WITHOUT PREJUDICE.

   b. The motion is DENIED in all other respects.

Dated: September 22, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge